United States Courts
Southern District of Texas
FILED
*July 15, 2026*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**(1) ELEUTERIO CASTRO,**

**(2) EDWARD LOZANO-TENORIO,**
**a/k/a LUDVIG TORRES VASQUEZ,**
**a/k/a ERICC RIVERA,**
**a/k/a ERIC RIVERA,**

and

**(3) NORVEY RODRIGUEZ ANGULO,**

Defendants.

**Case No. 4:26-cr-438**

**<u>INDICTMENT</u>**

**THE GRAND JURY CHARGES THAT:**

**<u>COUNT ONE</u>**
**Title 18, United States Code, Sections 1201(a) and 2**
**<u>Aiding and Abetting Kidnapping</u>**

On or about March 25, 2026, in the Southern District of Texas, the defendants,

**ELEUTERIO CASTRO,**
**EDWARD LOZANO-TENORIO**, and
**NORVEY RODRIGUEZ ANGULO,**

aiding and abetting each other and others known and unknown to the grand jury, did unlawfully and willfully seize, confine, inveigle, kidnap, abduct, and carry away and hold for ransom, reward, and otherwise, A.T., without the consent of A.T., and in committing and in furtherance of the commission of the offense, used means, facilities and instrumentalities of interstate and foreign commerce.

In violation of Title 18, United States Code, §§ 1201(a) and 2.

**COUNT TWO**
**Title 18, United States Code, Section 922(g)(5)(A)**
**Possession of a Firearm While Being Illegally or Unlawfully in the United States**

On or about March 25, 2026, in the Southern District of Texas, the defendant,

**NORVEY RODRIGUEZ ANGULO**,

knowingly being an alien, who was illegally and unlawfully in the United States, did knowingly and intentionally possess a firearm, to wit, a Glock 22 .40-caliber handgun bearing serial number BVVB326l, which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

**NOTICE OF CRIMINAL FORFEITURE**

Pursuant to Title 18 United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the firearm involved in violation of Title 18, United States Code, Section 1201(a) as charged in Count One and Title 18, United State Code, Section 922(g) as charged in Count Two, is subject to forfeiture, including, but not limited to: a Glock 22, .40-caliber handgun bearing serial number BVVB326 and any corresponding ammunition.

**A TRUE BILL:**

Original Signature on File

**FOREPERSON OF THE GRAND JURY**

**AARON F. REITZ**
**UNITED STATES ATTORNEY**

**BY:** ______________________________
**Anh-Khoa T. Tran**
**Assistant United States Attorney**